# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
ATTORNEYS AT LAW

100 MANHATTANVILLE ROAD    SUITE 4E20    PURCHASE, NY 10577
TELEPHONE: 914.681.8700    FAX: 914.681.8709
HTTP://WWW.MILBERMAKRIS.COM

July 15, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2220
New York, NY 10007

> Re:    *Schindler Elevator Corporation v. CR Sunflower Lessee, LLC et al*
> Case No.: 1:26-cv-04949-LAP
> Our File No.: 1597-35031

Dear Judge Preska:

We represent defendant GFP Real Estate LLC ("GFP") in the above-referenced matter. We write with the consent of plaintiff's counsel to respectfully request an extension of time until August 12, 2026, for GFP to answer or make any motion with respect to the complaint. The reason for the request is that this matter was just assigned to my office, and I have not yet had an opportunity to confer with my client. This is GFP's first request for this relief.

Respectfully submitted,

*Leonardo D'Alessandro*
Leonardo D'Alessandro

cc:    All counsel of record (via ECF)

WOODBURY, NEW YORK    ▪    PURCHASE, NEW YORK

NEW JERSEY    ▪    CONNECTICUT    ▪    FLORIDA    ▪    PENNSYLVANIA