ESSEKS INGOGLIA

**Rebecca Ann Cecchini**
350 Fifth Avenue, Suite 5310
New York, New York 10118

Telephone 212 358 4343
Direct line 212 206 2505
rebecca.cecchini@esseksingoglia.com

**BY ECF**

Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

October 27, 2026

Re: *Schindler Elevator Corporation vs. CR Sunflower Lessee, LLC, et al.,* 1:26-cv-04949 (LAP) (S.D.N.Y.)

Dear Judge Preska,

We represent CR Sunflower Lessee, LLC ("CR Sunflower") in the above-captioned matter. We write with consent of Plaintiff Schindler Elevator Corporation and Co-Defendants GFP Real Estate LLC ("GFP") and 7 Hanover Fee Owner Co., LLC ("7 Hanover Fee Owner") and pursuant to Rule 1.E of the Court's Individual Practices, to request an adjournment of all deadlines for all parties for 30 days, until November 30, 2026.

The parties are actively engaged in productive discussions to attempt to resolve their dispute without further court intervention. We respectfully request an adjournment of all deadlines for all parties for 30 days, to allow those discussions to productively continue.

This is CR Sunflower's sixth request for an extension. CR Sunflower and Plaintiff previously stipulated to extend the deadline for CR Sunflower to respond to the Complaint until August 12, 2026 (ECF No. 15). Your Honor so-ordered that stipulation on July 15, 2026 (ECF No. 16). On July 15, 2026, GFP sought an extension of time to August 12, 2026, to respond to the Complaint (ECF No. 17). That letter-motion was so-ordered by Your Honor on July 16, 2026 (ECF No. 18). On August 7, 2026, all parties sought an extension of time to September 8, 2026, to respond to the Complaint (ECF No. 19). That letter-motion was so-ordered by Your Honor on August 10, 2026 (ECF No. 20). On August 27, 2026, all parties sought an extension of time to September 14, 2026, to respond to the Complaint (ECF No. 24). That letter-motion was so-ordered by Your Honor on September 3, 2026 (ECF No. 25). On September 11, 2026, all parties sought an extension of time to September 28, 2026, to respond to the Complaint (ECF No. 26). That letter-motion was so-ordered by Your Honor on September 17, 2026 (ECF No. 27). On September 25, 2026, all parties sought an extension of time to October 28, 2026, to respond to the Complaint (ECF No. 28). That letter-motion was so-ordered by Your Honor on September 25, 2026 (ECF No. 29).

We thank the Court for considering this request.

Very truly yours,

*/s/ Rebecca Ann Cecchini*
Rebecca Ann Cecchini

Copy: All Counsel of Record (by ECF)

The underlined request is GRANTED.
**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge
October 28, 2026